# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2007

132618

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

REBECCA JANE LIPTOW, as Personal
Representative of the ESTATE OF JELINDA
JOANNE BURNETTE-LIPTOW, Deceased,
        Plaintiff-Appellant,

and

SC: 132618
COA: 260562
Wayne CC: 03-301611-CK

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,
        Intervening Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., dissents and states as follows:

This Court should grant leave to appeal to consider whether MCL 600.5821(4) exempts a state governmental body from the one-year-back rule of MCL 500.3145(1). This is a jurisprudentially significant issue of first impression.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

_____
Clerk

p0515